RONALD S. JOHNSON v. WARDEN, COMMUNITY
CORRECTIONAL CENTER, NEW HAVEN

The plaintiff's motion for a review of the order by the trial court filed October 21, 1975, in the appeal from the Superior Court in New Haven County is granted and the relief sought therein is denied.

*Sue L. Wise,* in support of the motion.

*L. D. McCallum,* assistant attorney general, in opposition.

Submitted November 20—decided December 5, 1975

HUDSON GLEN CORPORATION ET AL. v. PLANNING AND
ZONING COMMISSION OF THE TOWN OF BETHEL

The defendant's petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is granted.

*Paul P. DeLuca,* in support of the petition.

*Robert A. Fuller,* in opposition.

Submitted November 24—decided December 5, 1975

LEISURE ACTIVITIES, INC. v. ZONING BOARD OF APPEALS
OF THE TOWN OF ROCKY HILL

The defendant's petition for certification for appeal from the Court of Common Pleas in Hartford County is granted.

*Robert F. Stengel,* town attorney, in support of the petition.

Submitted December 1—decided December 5, 1975